UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRACY CONNER,  )<br>    Plaintiff  )<br>        )<br>v.  )<br>        )<br>UNIVERSITY OF MASSACHUSETTS  )<br>AMHERST  )<br>    Defendant  )  | Case No. 3:18-cv-11693-KAR |

**NOTICE OF ASSENTED-TO EXTENSION OF DUE DATE FOR UNIVERSITY'S RESPONSE TO PLAINTIFF'S COMPLAINT**

Plaintiff, Tracy Conner, and defendant, University of Massachusetts Amherst ("University"), have agreed that the University shall have until October 25, 2018 to respond to Ms. Conner's Complaint.

Dated:   September 7, 2018

UNIVERSITY OF MASSACHUSETTS AMHERST
By its attorney,
 _/s/ Denise Barton_____
Denise Barton, BBO No. 675245
Senior Litigation Counsel
University of Massachusetts
Office of the General Counsel
333 South Street, 4th Floor
Shrewsbury, MA 01545
Phone:  774-455-7300
dbarton@umassp.edu

**ASSENTED-TO BY COUNSEL
FOR TRACY CONNER**

_/s/ David J. Fried_
David J. Fried, BBO No. 179640
DAVID J. FRIED & ASSOCIATES
10 Tower Office Park, Suite 521
Woburn, MA 02108
Phone: (339) 999-2984
dfried@fried-law.com

## CERTIFICATE OF SERVICE

I, Denise Barton, certify that on September 7, 2018 I served a copy of the above document on plaintiff's counsel via CM/ECF.

_/s/ Denise Barton_
Denise Barton