# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

TRACY CONNER

*Plaintiff*

v.

Civil Action No.:
3:18-CV-11693-KAR

UNIVERSITY OF MASSACHUSETTS AMHERST

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ – Bethaney Healy

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2018-08-21 16:55:13.0**, Clerk USDC DMA

Civil Action No.: 3:18-CV-11693-KAR

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date) _____ .

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____ , a person of suitable age and discretion who resides there,

Office of the Sheriff
PO Box 684, Northampton, MA  01061    Telephone (413) 585-0618    Hampshire, ss.

September 4, 2018

I hereby certify and return that on 9/4/2018 at 2:34 PM I served a true and attested copy of the SUMMONS & COMPLAINT in this action in the following manner: To wit, by delivering in hand to LAURA SHEA, LEGAL ADMINISTRATIVE ASSISTANT, UNIVERSITY OF MASSACHUSETTS at OFFICE OF THE GENERAL COUNSEL 309 WHITMORE ADMINISTRATION BUILDING AMHERST, MA 01002 . In the service hereof, it was necessary and I actually used a motor vehicle 22 miles. Fees: **Attest $5.00, Basic Service $30.00, Conveyance $3.30, Copies $2.00, Travel Fees $13.44 Total $53.74**

Deputy Sheriff  BENN POULIOT

*[signature]*

_____        _____
Date                           Server's Signature

                               _____
                               Printed name and title

                               _____
                               Server's Address

Additional information regarding attempted service, etc: